**Order entered January 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01381-CV

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM AND D/B/A METHODIST DALLAS MEDICAL CENTER, Appellant**

**V.**

**JESUS NIETO, RICHARDO FELIPE NIETO, JESSE NIETO, AND ORLANDO NIETO, EACH INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF MARY JESSIE ALVAREZ, DECEASED, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02115**

## ORDER

Before the Court is appellees' January 23, 2019 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief received by the Court on January 23, 2019 timely filed as of the date of this order.

/s/     BILL WHITEHILL
          JUSTICE